AO 121 (6/90)

| TO:  Register of Copyrights  Copyright Office  Library of Congress  Washington, D.C. 20559 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ACTION ☐ APPEAL | COURT NAME AND LOCATION U.S. District Court, Middle District of Florida, Jacksonville Division |
|---|---|
| DOCKET NO. 3:14-cv-1038-J-32JRK | DATE FILED 8//29/2014 | 300 N. Hogan St., Suite 9-150  Jacksonville, Florida 32202-4271 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC | John Doe, *subscriber assigned IP address 50.156.158.109* |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | ***SEE ATTACHED*** | Malibu Media, LLC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK SHERYL L. LOESCH | (BY) DEPUTY CLERK | DATE August 29, 2014 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Copyrights-In-Suit for IP Address 50.156.158.109**

**ISP:** Comcast Cable
**Location:** Palatka, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 10/26/2013 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 10/20/2013 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 03/25/2014 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 05/07/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 11/15/2013 |
| Blindfold Me Baby | PA0001902971 | 05/30/2014 | 06/06/2014 | 06/14/2014 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/25/2013 |
| Burning | PA0001860951 | 07/27/2013 | 08/26/2013 | 10/14/2013 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/18/2014 |
| Creamy | PA0001874617 | 01/02/2014 | 01/05/2014 | 01/24/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 06/07/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 03/25/2014 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 11/15/2013 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/18/2014 |
| Enjoy My Backdoor | PA0001904149 | 06/13/2014 | 06/19/2014 | 06/14/2014 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 03/25/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 09/23/2013 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 11/15/2013 |
| I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 01/23/2014 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/25/2013 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/23/2014 |

EXHIBIT B

LMFL163

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 10/12/2013 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 03/25/2014 |
| Introducing Kenzie | PA0001862286 | 09/07/2013 | 09/08/2013 | 09/26/2013 |
| Just Jennifer | PA0001903842 | 06/09/2014 | 06/12/2014 | 06/10/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 05/27/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 05/18/2014 |
| Morning Glory | PA0001902968 | 05/29/2014 | 06/06/2014 | 05/30/2014 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 11/07/2013 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 06/04/2014 |
| Only Lorena | PA0001847654 | 06/02/2013 | 06/18/2013 | 12/20/2013 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/06/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/08/2014 |
| Slippery Sensations | PA0001895668 | 05/15/2014 | 05/16/2014 | 05/17/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 03/08/2014 |
| The Way I Feel | PA0001874745 | 01/08/2014 | 01/15/2014 | 01/11/2014 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 06/16/2014 |
| Through the Looking Glass | PA0001851980 | 06/30/2013 | 07/05/2013 | 01/23/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 10/19/2013 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 05/24/2014 |
| Undress Me | PA0001869238 | 11/15/2013 | 11/21/2013 | 01/23/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 41**

LMFL163

EXHIBIT B